Filed 6/24/26  In re Elkins CA5

## NOT TO BE PUBLISHED IN OFFICIAL REPORTS

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

## IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

## FIFTH APPELLATE DISTRICT

| | |
|---|---|
| In re | F091508 |
| DEVIN T. ELKINS, | (Tulare Super. Ct. No. JJV-075750) |
| On Habeas Corpus. | **OPINION** |

## THE COURT[*]

ORIGINAL PROCEEDINGS; petition for writ of habeas corpus.

Devin T. Elkins, in pro. per., for Petitioner.

Office of County Counsel, County of Tulare, for Respondent Tulare County Health and Human Services Agency.

-ooOoo-

Petitioner seeks permission to file a belated notice of appeal concerning the trial court's August 12, 2025 order terminating his parental rights pursuant to section 366.26, subdivision (b)(1) of the Welfare and Institutions Code.  Petitioner claims he is entitled to relief pursuant to *In re A.R.* (2021) 11 Cal.5th 234, 243, in which our high court concluded that "[w]hen an attorney fails to file a timely appeal in accordance with a client's instructions, the parent may seek relief based on the attorney's failure to provide

---

[*]       Before Levy, A.P.J., Meehan, J. and Harrell, J.

competent representation." Petitioner additionally declares that he has been diligent in pursuing the appeal. (See *id.*, at p. 253.) County Counsel, representing the Tulare County Health and Human Services Agency, was given an opportunity to file an opposition to the request and told that its failure to do so would be construed as agreement that petitioner should be granted the relief sought without further proceedings. County Counsel did not file an opposition and the time to do so has lapsed.

County Counsel's lack of opposition, in accordance with our order filed on May 22, 2026, is therefore deemed agreement that the requested relief ought to be granted without further proceedings. (*People v. Romero* (1994) 8 Cal.4th 728, 740, fn. 7.)

We accordingly conclude that petitioner is entitled to relief.

## DISPOSITION

Petitioner is granted leave to file a notice of appeal on or before 60 days from the date of this order in Tulare County Superior Court action No. JJV-075750.

Let a writ of habeas corpus issue directing the Clerk of the Tulare County Superior Court to file the notice of appeal in its action No. JJV-075750, to treat it as timely filed, and to proceed with the preparation of the record on appeal in accordance with the applicable rules of the California Rules of Court if the clerk of that court receives the notice on or before 60 days of the date of this order.

This opinion is final forthwith as to this court.